# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**WILLIAM G. MEDCALF**                                                                      **PLAINTIFF**

**v.**                              **Case No. 3:24-cv-00155-KGB**

**TRAVIS EVANS**                                                                            **DEFENDANT**

## ORDER

Before the Court is plaintiff William Medcalf's *pro se* complaint (Dkt. No. 2) and motion to proceed *in forma pauperis* (Dkt. No. 1). Mr. Medcalf, who is currently detained in the Pike County Jail, sues Travis Evans for breach of contract seeking $19,500.00 (Dkt. No. 2, at 1).

Based on the facts alleged and defendant named in Mr. Medcalf's complaint, it appears that venue lies properly in United States District Court for the Western District of Arkansas. *See* 28 U.S.C. §1391(b). Mr. Medcalf lists Mr. Evans as residing in Norman, Arkansas, which is located in Montgomery County in the Western District of Arkansas. Accordingly, the Court finds that the interests of justice would best be served by transferring this case to the United State District Court for the Western District of Arkansas. *See* 28 U.S.C. § 1406(a) ("The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought.").

The Clerk of Court is directed to transfer immediately Mr. Medcalf's entire case file to the United States District Court for the Western District of Arkansas. *In re Nine Mile Ltd.*, 673 F.2d 242, 243 (8th Cir. 1982).

It is so ordered this 11th day of September, 2024.

Kristine G. Baker
Chief United States District Judge